1036

[No. 30978-5-II. Division Two. February 8, 2005.]

MARK KNOX, ET AL., *Appellants*, v. RICHARD L. THOMPSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-01895-2, Richard D. Hicks, J., entered October 8, 2003. *Affimed in part* and *reversed in part* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Houghton, JJ.

[No. 31177-1-II. Division Two. February 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CINDY DENISE MUSGROVE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03485-5, Frank Cuthbertson, J., entered December 2, 2003. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 31197-6-II. Division Two. February 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY DANIEL BUCK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02399-1, Lisa R. Worswick, J., entered December 3, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Van Deren, JJ.

[No. 31245-0-II. Division Two. February 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY LYNN WATTERS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00087-6, James B. Sawyer II, J., entered November 24, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Hunt, J.